CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
OCT 25 2007 C'ville
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MARY C. DICKERSON, *Plaintiff,* | CIVIL NO. 3:06cv00022 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Motion for Award of Attorney Fee under the Equal Access to Justice Act filed on August 20, 2007 (docket #19).

Plaintiff's counsel requested an award of attorney's fees of $4,137.50. This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, to make proposed findings of fact and a recommendation. Magistrate Judge Crigler filed his Report and Recommendation ("Report") on September 24, 2007. The Report recommended that an order be entered granting Plaintiff's counsel $4,137.50 as Defendant did not object to the award of attorney fees. The Report directed the parties to file objections, if any, within ten days of its entry.

After a review of record and no objection having been filed to the Report recommending payment of the fee, it is hereby ORDERED that:

(1) the Report and Recommendation of the United States Magistrate Judge filed September 24, 2007 be ADOPTED in its entirety;

(2) Plaintiff's motion (docket # 19) be GRANTED; and

(3) ORDERED that C. Cooper Geraty, Esq. be awarded $4,137.50 under 28 U.S.C. § 2412(d).

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ *signature*
United States District Judge

October 25, 2007
Date

2